IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER MARIE BRENNAN<br>Plaintiff | : | No. 05cv2560<br>Judge Jones |
| v. | : | |
| TRAVIS SCOTT NICKEL<br>Defendant | : | |

## ORDER

### June 13, 2006

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On June 12, 2006, the Court received the Notice of Bankruptcy Case Filing for Travis Scott Nickel (doc. 10). The filing of the Defendant's bankruptcy necessitates that the Court must stay this proceeding until the bankruptcy is completed.

**IT IS ORDERED THAT:**

1. The above-captioned action is STAYED pending resolution of the defendant, Travis Scott Nickel's bankruptcy petition.

2. Upon resolution of the pending bankruptcy petition, either or both parties may move to re-activate this case.

s/ John E. Jones III
John E. Jones III
United States District Judge